**FILED**

MAY 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHOHJAHONMIRZO ABDUMALIKOV, Petitioner, v. PAMELA BONDI, Attorney General, Respondent. | No. 24-7803 Agency No. A246-917-970 ORDER |

The opening brief submitted by Petitioner Shohjahonmirzo Abdumalikov is filed.

Within 7 days of this order, Petitioner Shohjahonmirzo Abdumalikov must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT